## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

*In re C. R. Bard, Inc.*
*Pelvic System Products Liability Litigation*
*MDL No. 2187*

Civil Action No. ___2:15-cv-14186___

---

### SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2187 by reference.  Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   _Agnes S. Bryant_____

2. Plaintiff Husband

   _Michael Bryant_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   _N/A_____

4. State of Residence

   _Georgia_____

5. District Court and Division in which action is to be filed upon transfer from the MDL.

   _United States District Court for the Middle District of Georgia -_____

   _Americus Division_____

6. Defendants (Check Defendants against whom Complaint is made):

   ☒    A.  C. R. Bard, Inc. ("Bard")

   ☐    B.  Sofradim Production SAS ("Sofradim")

☐     C.  Tissue Science Laboratories Limited ("TSL")

☐     D.  Ethicon, Inc.

☐     E.  Johnson & Johnson

☐     F.  American Medical Systems, Inc. ("AMS")

☐     G.  Boston Scientific Corporation

☐     H.  Mentor Worldwide LLC

☐     I.  Coloplast Corp.

☐     J.  Cook Incorporated

☐     K.  Cook Biotech, Inc.

☐     L.  Cook Medical, Inc.

☐     M.  Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐     N.  Neomedic International, S.L.

☐     O.  Neomedic Inc.

☐     P.  Specialties Remeex International, S.L.

7.  Basis of Jurisdiction

☒     Diversity of Citizenship

a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie

 Paragraphs 6, 7, and 8         

_____

_____

b. Other allegations of jurisdiction and venue

 N/A _____

_____

8. Defendants' products implanted in Plaintiff  (Check products implanted in Plaintiff)

☒    A.  The Align Urethral Support System;

☐    B.  The Align TO Urethral Support System;

☐    C.  The Avaulta Anterior BioSynthetic Support System;

☐    D.  The Avaulta Posterior BioSynthetic Support System;

☐    E.  The Avaulta Plus Anterior Support System;

☐    F.  The Avaulta Plus Posterior Biosynthetic  Support System;

☐    G.  The Avaulta Solo Anterior Synthetic Support System;

☐    H.  The Avaulta Solo Posterior Synthetic Support System;

☐    I.  The InnerLace BioUrethral Support System;

☐    J.  The Pelvicol Acellular Collagen Matrix;

☐    K.  The PelviLace BioUrethral Support System;

☐    L.  The PelviLace TO Trans-obturator BioUrethral Support System;

☐    M.  The PelviSoft Acellular Collagen BioMesh;

☐    N.  The Pelvitex Polypropylene Mesh;

☐    O.  The Uretex SUP Purbourethral Sling;

☐    P.  The Uretex TO Trans-obturator Urethral Support System;

☐    Q.  The Uretex TO2 Trans-obturator Urethral Support System; and

☐    R.  The Uretex TO3 Trans-obturator Urethral Support System.

☐    S.  Other

_____

_____

9. Defendants' Products about which Plaintiff is making a claim.  (Check applicable products)

☒    A.  The Align Urethral Support System;

☐    B.  The Align TO Urethral Support System;

☐    C.  The Avaulta Anterior BioSynthetic Support System;

☐    D.  The Avaulta Posterior BioSynthetic Support System;

☐    E.  The Avaulta Plus Anterior Support System;

☐    F.  The Avaulta Plus Posterior Biosynthetic  Support System;

☐    G.  The Avaulta Solo Anterior Synthetic Support System;

☐    H.  The Avaulta Solo Posterior Synthetic Support System;

☐    I.  The InnerLace BioUrethral Support System;

☐    J.  The Pelvicol Acellular Collagen Matrix;

☐    K.  The PelviLace BioUrethral Support System;

☐    L.  The PelviLace TO Trans-obturator BioUrethral Support System;

☐    M.  The PelviSoft Acellular Collagen BioMesh;

☐    N.  The Pelvitex Polypropylene Mesh;

☐    O.  The Uretex SUP Purbourethral Sling;

☐    P.  The Uretex TO Trans-obturator Urethral Support System;

☐    Q.  The Uretex TO2 Trans-obturator Urethral Support System; and

☐    R.  The Uretex TO3 Trans-obturator Urethral Support System.

☐    S.  Other

_____

_____

10. Date of Implantation as to Each Product

   9/14/2009

11. Hospital(s) where Plaintiff was implanted (including City and State)

   Taylor Regional Hospital, Hawkinsville, GA

12. Implanting Surgeon(s)

   Dr. Colleen Wells

13. Counts in the Master Complaint brought by Plaintiff(s):

   ☒    Count I

   ☒    Count II

   ☒    Count III

   ☒    Count IV

   ☒    Count V

   ☒    Count VI

   ☐    Count VII (by the Husband)

   ☒    Count VIII

   ☐    Other Count _____ (please state the facts supporting this Count in
        the space, immediately below)

   ☐    Other Count _____ (please state the facts supporting this Count in
        the space, immediately below)

*s/ J. Steve Mostyn*
_____
J. Steve Mostyn
Mark Sparks
**MOSTYN LAW**
3810 West Alabama Street
Houston, TX  77027
(713) 714-0000 Telephone
(713) 714-1111 Facsimile

Kurt Arnold
Jason Itkin
Noah Wexler
**ARNOLD & ITKIN LLP**
6009 Memorial Drive
Houston, TX 77007
(713) 222-3800 Telephone
(713) 222-3850 Facsimile

**ATTORNEYS FOR PLAINTIFF**